IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY | * | |
| | * | Case No.: 1:14-cv-02989-RDB |
| Plaintiff | * | |
| v. | * | |
| OLD REPUBLIC INSURANCE CO., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CROSS-MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO MOTIONS FOR PARTIAL SUMMARY JUDGMENT OF STATE AUTOMOBILE MUTUAL INSURANCE COMPANY AND FIDELITY ENGEERING CORPORATION

The Old Republic Insurance Company ("Old Republic"), Defendant herein, by its attorneys, Angus R. Everton and Morgan Carlo Downs & Everton P.A., files this Cross-Motion for Summary Judgment and Response to Motions for Partial Summary Judgment of Plaintiff, State Automobile Mutual Insurance Company ("State Auto") and Cross-Plaintiff, Fidelity Engineering Corporation ("Fidelity") and says that there is no genuine dispute of material fact, and the Defendant and Cross-Defendant, Old Republic Insurance Company is entitled to judgment as a matter of law. The specific grounds for this Motion are as follows:

1.  The Old Republic Insurance Company does not owe a defense to Fidelity Engineering Corporation in the matter of <u>AMCP-1, LLC v. Fidelity Engineering Corp., et al.</u>, Circuit Court for Anne Arundel County, Maryland, Case Number 02-C-13-181445 CN, because there is no potentiality that the claims set forth in the Complaint and Amended Complaint in that action are covered under the Old Republic policy of insurance. This is so for the following specific reasons:

      a.      The allegations of liability and damages in the underlying action against Fidelity do not establish an "occurrence" under the Old Republic Policy.

      b.      The allegations of liability and damages against Fidelity Engineering Corporation in the underlying action are, in their entirety, excluded from coverage under the "contractual liability" exclusion in the Old Republic policy.

      c.      The allegations of liability and damage in the underlying action against Fidelity Engineering Corporation are excluded from coverage under the "damage to your work" exclusion in the Old Republic policy, and the "subcontractors exception" to that exclusion is not applicable in this case.

WHEREFORE, it is respectfully requested that this Motion for Summary Judgment be granted, and that the Motions for Partial Summary Judgment of the Plaintiff, State Automobile Mutual Insurance Company and the Cross-Plaintiff, Fidelity Engineering Corporation, be denied in their entirety.

Respectfully submitted,

MORGAN CARLO DOWNS & EVERTON P.A.


   */s/ Angus R. Everton*
Angus R. Everton (Bar I.D. # 01797)
Executive Plaza III, Suite 400
11350 McCormick Road
Hunt Valley, Maryland 21031
Phone:  (410) 584-2800
Fax:  (410) 584-2020
areverton@morgancarlo.com
*Attorneys for Defendant,*
   *Old Republic Insurance Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of February, 2015, I electronically filed the Defendant, Old Republic Insurance Company's Cross-Motion for Summary Judgment and Response to Motions for Partial Summary Judgment of State Automobile Mutual Insurance Company and Fidelity Engineering Corporation, Memorandum of Law in Support thereof and Request for Hearing using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Julie F. Maloney, Esquire | maloney@lederlaw.com |
| Steven E. Leder, Esquire | leder@lederlaw.com |
| *Counsel for Plaintiff* | |
| | |
| Steven L. Tiedemann, Esquire | steve@hardhatlegal.com |
| *Counsel for Defendant,* | |
| *AMCP-1, LLC* | |
| | |
| Peter J. Basile, Esquire | pbasile@fsb-law.com |
| *Counsel for Defendant,* | |
| *Fidelity Engineering Corp.* | |

I further certify hereby that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

                                                                /s/ Angus R. Everton
                                                                Angus R. Everton