IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY | * | |
| | * | Case No.: 1:14-cv-02989-RDB |
| Plaintiff | * | |
| v. | * | |
| OLD REPUBLIC INSURANCE CO., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CROSS-MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO
MOTIONS FOR PARTIAL SUMMARY JUDGMENT OF STATE AUTOMOBILE
MUTUAL INSURANCE COMPANY AND FIDELITY ENGEERING CORPORATION**

The Old Republic Insurance Company ("Old Republic"), Defendant herein, by its attorneys, Angus R. Everton and Morgan Carlo Downs & Everton P.A., hereby requests a hearing on its Cross-Motion for Summary Judgment and the Motions for Partial Summary Judgment filed by State Automobile Mutual Insurance Company and Fidelity Engineering Corporation in the above-captioned case.

Respectfully submitted,

MORGAN CARLO DOWNS & EVERTON P.A.

  /s/ Angus R. Everton
Angus R. Everton (Bar I.D. # 01797)
Executive Plaza III, Suite 400
11350 McCormick Road
Hunt Valley, Maryland 21031
Phone:  (410) 584-2800
Fax:  (410) 584-2020
areverton@morgancarlo.com
*Attorneys for Defendant,*
   *Old Republic Insurance Co.*